IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 22-86 |
| CHARLES HUNTER HOBSON | **[UNDER SEAL]** |

## ARRAIGNMENT PLEA

Defendant CHARLES HUNTER HOBSON

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)