# CRIMINAL CASE INFORMATION SHEET

Pittsburgh ✓         Erie _____         Johnstown _____

Related to No. ____21-cr-455____    Judge ____Colville____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ✓ All Others

Defendant's name: CHARLES HUNTER HOBSON

Is indictment waived:            ____ Yes    ✓ No

Pretrial Diversion:              ____ Yes    ✓ No

Juvenile proceeding:             ____ Yes    ✓ No

Defendant is:                    ✓ Male      ____ Female

Superseding indictment or information    ____ Yes    ✓ No

Previous case number: _____

If superseding, previous case was/will be:
____ Dismissed on defendant's motion
____ Dismissed on government's motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred: Washington

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant: ____ is in custody    ✓ is not in custody

Name of Institution: _____

Custody is on: ____ this charge    ____ another charge

____ another conviction

____ State    ____ Federal

Detainer filed: ____ yes    ____ no

Date detainer filed: _____

Total defendants: _1_

Total counts: _7_

Data below applies to defendant No.: _1_

Defendant's name: CHARLES HUNTER HOBSON

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy to Commit an Offense Against the United States | ✓ |
| 2-3 | 15 U.S.C. § 78dd-2; 18 U.S.C. § 2 | Foreign Corrupt Practices Act | ✓ |
| 4 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | ✓ |
| 5-6 | 18 U.S.C. §§ 1956(a)(2)(A), 2 | Money Laundering | ✓ |
| 7 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | ✓ |

## FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE: March 29, 2022             /s/ Eric G. Olshan
                                 ERIC G. OLSHAN
                                 Assistant U.S. Attorney
                                 IL ID No. 6290382