IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:22-CR-86 |
| | ) | |
| CHARLES HUNTER HOBSON | ) | |

**GOVERNMENT'S NOTICE OF AUTHORIZATION TO PROCEED AND
MOTION FOR STATUS CONFERENCE**

The United States of America, by and through undersigned counsel, respectfully submits this Notice of Authorization to Proceed and Motion for Status Conference.

The United States hereby advises that the Government has completed its detailed review of the instant case as contemplated by Executive Order 14209, 90 Fed. Reg. 9587 (Feb. 10, 2025), and intends to proceed to trial.

The United States respectfully requests that the Court schedule a status conference at its earliest convenience, to set the date for trial of this matter.  A proposed order is attached.

Respectfully submitted,

LORINDA I. LARYEA                               TROY RIVETTI
ACTING CHIEF, CRIMINAL DIVISION     ACTING UNITED STATES ATTORNEY
FRAUD SECTION

*s/ William E. Schurmann*                        *s/ Nicole A. Stockey*
William E. Schurmann                            Nicole A. Stockey
Assistant Chief                                       Assistant United States Attorney
Natalie R. Kanerva                                PA ID No. 306955
Ligia Markman
Trial Attorneys

U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005