IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:22-CR-86 |
| | ) | |
| CHARLES HUNTER HOBSON | ) | |

**[PROPOSED] ORDER ON NOTICE OF AUTHORIZATION TO PROCEED AND MOTION FOR STATUS CONFERENCE**

AND NOW, to wit, this __ day of April, 2025, upon consideration of the Notice of Authorization to Proceed and Motion for Status Conference (ECF No. 105), heretofore filed by the United States, IT IS HEREBY ORDERED that the Motion is GRANTED, and a telephonic status conference shall be held on April ___, 2025, at __:__ a.m./p.m.

.

_____
HONORABLE ROBERT J. COLVILLE
UNITED STATES DISTRICT JUDGE