CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was filed electronically on April 11, 2025 with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

      *s/ William E. Schurmann*
      William E. Schurmann