IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 2:22-CR-86 |
| | ) |
| CHARLES HUNTER HOBSON | ) |

**[PROPOSED] ORDER**

AND NOW, to wit, this _____ day of _____, 20____, upon consideration of the Government's Motion *in limine*, heretofore filed by the United States, it is hereby ORDERED that said Motion is GRANTED.

It is FURTHER ORDERED that Defendant Charles Hunter Hobson is precluded from introducing evidence or argument, in any manner, including in opening statement, witness examination, introduction of exhibits, and closing argument, regarding the prevalence of bribery in Egypt, within the Defendant's former employer, or by its competitors.

_____
HONORABLE ROBERT J. COLVILLE
UNITED STATES DISTRICT JUDGE