# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 2:22-CR-86 |
| ) | |
| CHARLES HUNTER HOBSON ) | |

**NOTICE ON FILING GOVERNMENT'S [PROPOSED] SUMMARY OF INDICTMENT**

The United States of America, by and through undersigned counsel, respectfully proposes the following neutral summary of the Indictment in the above-captioned case.

On March 23, 2022, a federal grand jury returned an Indictment charging Defendant Charles Hunter Hobson with seven counts of violating federal criminal law, including conspiracy to violate the Foreign Corrupt Practices Act ("FCPA") (Count 1); two violations of the FCPA (Counts 2 and 3); conspiracy to commit money laundering (Count 4); two acts of money laundering (Counts 5 and 6); and conspiracy to commit wire fraud (Count 7).

Defendant Charles Hunter Hobson is a United States citizen and resident of Tennessee. Between late 2016 and March 2018, Defendant Charles Hunter Hobson was employed by Corsa Coal Corporation ("Corsa") ("Company 1" in the Indictment). Corsa was a coal mining company headquartered in the Western District of Pennsylvania. Defendant Hunter Hobson worked for Corsa in various international sales positions, including as Vice-President of Appalachian Business. In late 2016, Defendant Charles Hunter Hobson established Corsa's formal sales relationship with Al Nasr Company for Coke and Chemicals ("Al Nasr"), an Egyptian state-owned company that manufactured coke, a high-carbon fuel made by heating coal. The Indictment alleges that Al Nasr was a state-owned company and instrumentality of the Egyptian government, and its employees were, therefore, foreign officials under the FCPA.

Corsa contracted with Intertech ("Company 2" in the Indictment), an Egyptian company

owned by an Egyptian citizen named Ahmed Nassar, ("Co-Conspirator A" in the Indictment) to serve as a local intermediary and negotiate their contracts with Al Nasr. In or around March 2018, Defendant Charles Hunter Hobson left his role at Corsa. Around that time, Frederick Cushmore, Jr., another Corsa employee, took over as the primary point of contact for Corsa's relationship with Intertech, Ahmed Nassar, and Al Nasr.

During the time period of the charges in the Indictment, Mohammed Fawzy, ("Foreign Official A" in the Indictment) was a high-level executive at Al Nasr.

### FCPA Charges

Count One of the Indictment charges Defendant Charles Hunter Hobson with conspiring with Frederick Cushmore, Jr., Ahmed Nassar, and others, to offer and pay bribes to Mr. Fawzy and other Egyptian government officials at Al Nasr to obtain and retain lucrative sales contracts with Al Nasr, in violation of 18 U.S.C. § 371. The United States alleges that Defendant and his co-conspirators agreed to use a portion of the agent commissions paid to Ahmed Nassar and Intertech by Corsa to pay these bribes to Egyptian government officials. This conduct allegedly occurred from approximately late 2016 to early 2020. Defendant denies these allegations and has pled not guilty to this Count.

Counts Two and Three of the indictment charge Defendant Charles Hunter Hobson with substantive counts of violating the anti-bribery provisions of the FCPA. Count Two charges that on April 20, 2017, Defendant Hunter Hobson caused a wire transfer of $385,166 to be sent from Corsa to Ahmed Nassar in furtherance of a corrupt offer, payment, promise to pay, or authorization of payment of a bribe. Count Three charges that on August 10, 2017, Defendant Charles Hunter Hobson sent an email to Corsa employees directing payment of invoices from Ahmed Nassar totaling $240,000, again in furtherance of a corrupt offer, payment, promise to pay, or

authorization of payment of a bribe. Both counts are in violation of 15 U.S.C. § 78dd-2 and 18 U.S.C. § 2.

Defendant denies these allegations and has pled not guilty to these Counts.

## Money Laundering Charges

Count Four of the Indictment charges Defendant Charles Hunter Hobson with conspiring with Frederick Cushmore, Jr., Ahmed Nassar, and others to commit an offense against the United States by engaging in international "promotional" money laundering, in violation of 18 U.S.C. § 1956(h). The Indictment charges Defendant Charles Hunter Hobson with conspiring to transport, transmit, and transfer money from a place in the United States to and through a place outside the United States with the intent to promote a specified unlawful activity, in this case, a violation of the FCPA and of Egyptian bribery and corruption laws. This conduct allegedly occurred from approximately late 2016 to approximately early 2020. Defendant denies these allegations and has pled not guilty to this Count.

Counts Five and Six of the Indictment charge Defendant Charles Hunter Hobson with causing Corsa employees in the Western District of Pennsylvania to initiate wire transfers from Corsa's bank account in Ohio to Ahmed Nassar's bank account in the United Arab Emirates with the intent to promote a specified unlawful activity, in this case, a violation of the FCPA and of Egyptian bribery and corruption laws, in violation of 18 U.S.C. §§ 1956(a)(2)(A) and (2). This conduct allegedly occurred on April 20 and August 31, 2017.

Defendant denies these allegations and has pled not guilty to these Counts.

## Wire Fraud Conspiracy Charge

Count Seven of the Indictment charges Defendant Charles Hunter Hobson with conspiring with Ahmed Nassar to commit an offense against the United States by arranging to fraudulently

use a portion of Ahmed Nassar's agent commission to pay concealed kickbacks to Defendant, in violation of 18 U.S.C. § 1349. This conduct allegedly occurred from approximately late 2016 to approximately mid-2019.

Defendant denies these allegations and has pled not guilty to this Count.

Respectfully submitted,

TROY RIVETTI
FIRST ASSISTANT UNITED STATES ATTORNEY

*s/ Nicole A. Stockey*
Nicole A. Stockey
Assistant United States Attorney
PA ID No. 306955

LORINDA LARYEA
ACTING CHIEF, CRIMINAL DIVISION
FRAUD SECTION

*s/ Natalie R. Kanerva*
Natalie R. Kanerva
NY ID No. 5134952
Ligia Markman
DC ID No. 997430
Trial Attorneys
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
