IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:22-CR-86 |
| | ) | |
| CHARLES HUNTER HOBSON | ) | |

**RESPONSE IN OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE IMPROPER USE OF INTERVIEW SUMMARIES [DOC. 121]**

The Government moves the Court for an order precluding Mr. Hobson from introducing or publishing the contents of interview summaries prepared by agents of the Federal Bureau of Investigation during the investigation of this case.

The Defendant agrees that the interview summaries do not fall under the *Jencks* Act. Additionally, Mr. Hobson does not intend to use the interview summaries as substantive evidence unless they are properly authenticated by the appropriate witness and are a sworn statement.

Undersigned counsel, however, *does* intend to ask witnesses about the subject matter of any interview and to use the interview summaries to refresh the recollections of witnesses at trial, as well as for other non-substantive uses as permitted by the Federal Rules of Evidence. These uses are consistent with precedent from the Third Circuit. *See United States v. Stadtmauer*, 620 F.3d 238, 267 (3d Cir. 2010) (allowing use of interview summary to refresh a witness' recollection); *United States v. Mathis*, 568 Fed. Appx. 149, 152 (3d Cir. 2014) (allowing reference to an interview summary on cross-examination).

1

Therefore, Mr. Hobson respectfully requests that this Court deny the Government's motion *in limine* as to their request that exceeds what is allowed under the Federal Rules of Evidence, e.g. Rule 612, and the case law of this Circuit.[1]

Respectfully submitted this 20th day of January, 2026.

s/ Richard Gaines
Richard L. Gaines
BPR No. 015462
625 Market St., Ste. 900
Knoxville, TN 37902
865/201-1736
RichardLGaines@gmail.com

s/ James H. Price
James H. Price
BPR No. 016254
Lacy, Price & Wagner P.C.
249 N. Peters Rd., Ste. 101
Knoxville, TN 37923
865/246-0800 (o)
865/567-3039 (c)
865/690-8199 (f)
jprice@lpwpc.com

---

[1] The Government spends much time arguing their motion *in limine* #121, but a close reading would appear to show both sides seem to agree with the fundamental rules of cross-examination of witnesses by use of their interview summaries.

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on January 20, 2026, with the Clerk of Court by using the CM/ECF System, which will send notice of electronic filing to all counsel of record.

s/ Richard Gaines
s/ James H. Price
Counsel for Defendant

Natalie Kanerva
DOJ-Crm
1400 New York Avenue NW
Washington, DC 20005
202-674-6617
Email: natalie.kanerva@usdoj.gov

Nicole A. Stockey
DOJ-USAO
United States Attorney's Office
700 Grant Street
Suite 4000
Pittsburgh, PA 15219
412-894-7431
nicole.stockey@usdoj.gov

Ligia Markman
DOJ-Crm
1400 New York Avenue NW
Washington, DC 20530
202-514-0095
ligia.markman@usdoj.gov

William Edward Schurmann
DOJ-Crm
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, DC 20530
202-616-0829
william.schurmann2@usdoj.gov