IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 22-86 |
| | ) | |
| CHARLES HUNTER HOBSON, | ) | |
| | ) | |
| Defendant. | ) | |

**HEARING ON** – Final Pretrial Conference

Before Judge Robert J. Colville

| | |
|---|---|
| William Schurmann, AUSA | Richard Gaines, Esquire |
| Natalie Kanerva, AUSA | James H. Price, Esquire |
| Ligia Markman, AUSA | |
| Nicole Stockey, AUSA | |
| | |
| Appear for U.S.A. | Appear for Defendant |

Hearing begun  2/4/2026 at 10:00 a.m.      Hearing adjourned to _____

Hearing concluded  2/4/2026 at 11:15 a.m.    Stenographer: V. Trettel
                                             Clerk: C.Orendi


The Court convenes a Final Pretrial Conference;Court, Government Counsel and Defense Counsel discuss matters in regard to the upcoming Jury Trial set to begin February 9th, 2026; Court grants Governments Supplemental Motion ECF [161]; Other matters taken under advisement; Additional Briefing is due by no later than Noon on Friday February 6, 2026; All as further stated on the record.